UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HORTENSE WHITE, | ) | CASE NO. CV 13-969-DSF (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| SHARON TRENOVE, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Habeas Corpus Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 5/30/13.

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\HortenseJudgment.wpd